Opinion filed February 22, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed February 22,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00033-CR

                                                    __________

 

                             KENNETH BRYAN WILLIAMS, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 221st District Court

 

                                                    Montgomery
County, Texas

 

                                          Trial
Court Cause No. 06-08-07432-CR

 



 

                                                                   O
P I N I O N

The
trial court convicted Kenneth Bryan Williams of driving while intoxicated (a
third degree felony offense), found the enhancement allegations to be true, and
assessed his punishment at confinement for twenty-five years.  The sentence was
imposed in open court on September 12, 2007.  A motion for new trial was not
filed.  Appellant filed his notice of appeal on November 26, 2007, seventy-five
days after the date the sentence was imposed.  We dismiss.








Upon
reviewing the file, the clerk of this court wrote the parties to inform them
that it appeared an appeal had not been properly perfected and to direct
appellant to respond showing grounds for continuing the appeal.  Appellant has
responded by filing a motion for extension of time in which to file his notice
of appeal.

Pursuant
to Tex. R. App. P. 26.2, the
notice of appeal was due to be filed on or before October 12, 2007.  A timely
motion for extension of time was due to be filed on or before October 29,
2007.  Tex. R. App. P. 26.3. 
Appellant filed his motion for extension on February 14, 2008.

Absent a timely notice of appeal or
compliance with Rule 26.3, this court lacks jurisdiction to entertain an
appeal.  Slaton v. State, 981 S.W.2d 208 (Tex. Crim. App. 1998); Olivo
v. State, 918 S.W.2d 519 (Tex. Crim. App. 1996); Rodarte v. State,
860 S.W.2d 108 (Tex. Crim. App. 1993); Shute v. State, 744 S.W.2d 96
(Tex. Crim. App. 1988).  Appellant may be able to secure an out-of- time appeal
by filing a postconviction writ pursuant to Tex.
Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2007).

The
motion for extension of time is overruled, and the appeal is dismissed.

 

PER CURIAM

 

February 22,
2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.